# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA**

                       **Plaintiff,**

-vs-                                       Case No. 3:17-CR-79-05

**KENNETH EVANS,**

                       Defendant.

---

### JUDGMENT ENTRY FINDING DEFENDANT IN VIOLATION OF
### SUPERVISED RELEASE AND IMPOSING SENTENCE

---

      On June 9, 2021, the Defendant having previously been found in violation of his supervised release, appeared in open Court for final disposition. Pursuant to the record, the Court ORDERED that:

      The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of Time Served. No period of supervised release to follow.

      The Court recommends to the Bureau of Prisons that the Defendant be accorded all allowable presentence credit for time spent incarcerated on said offense.

      The Defendant was explained his rights of appeal and indicated an understanding of same.

      IT IS SO ORDERED.

Date: **June 9, 2021**

                                                            THOMAS M. ROSE, JUDGE
                                                             UNITED STATES DISTRICT COURT